95 P.3d 976

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 13, 2004**

| | | |
|---|---|---|
| 25700 | Wells Fargo Bank Minnesota, NA v. Marcelino | Affirmed |

**August 17, 2004**

| | | |
|---|---|---|
| 25314 | Stephenson v. Jackson | Affirmed |

**August 18, 2004**

| | | |
|---|---|---|
| 25522 | Wamil v. State | Affirmed |

**August 23, 2004**

| | | |
|---|---|---|
| 25532 | State v. Faleafine | Affirmed |